## Third Department, December, 1963

### (December 16, 1963) **

■ Francis M. Dunphy, an Infant, by Althea Rosenblum, His Guardian ad Litem, et al., Respondents, v. Jack Bolton, Appellant.— Order affirmed, with $10 costs to plaintiffs-respondents. Although there may possibly be a

---

* Not published with other decisions of Sept. 24, 1963, 19 A D 2d 794.— [Rep.
** Not published with other decisions of Dec., 1963, 20 A D 2d 582.— [Rep.

distinction in principle between the case of the infant and that of the adult no such distinction is argued or suggested by appellants. Bergan, P. J., Gibson, Herlihy and Reynolds, JJ., concur.